# Court of Appeals
# of the State of Georgia

ATLANTA, March 26, 2025

*The Court of Appeals hereby passes the following order:*

## A25D0302. SHAYNE PITTS v. MISTI JANE PITTS.

After the trial court issued a final judgment and decree of divorce on January 21, 2025, the court issued an addendum to the divorce decree on February 7, 2025. Shayne Pitts filed this application for discretionary review 32 days later, on Tuesday, March 11, 2025. We lack jurisdiction because the application is untimely.

To be timely, an application for discretionary review must be filed within 30 days of entry of the order or judgment to be appealed. OCGA § 5-6-35 (d). "The requirements of OCGA § 5-6-35 are jurisdictional and this [C]ourt cannot accept an appeal not made in compliance therewith." *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). As this application was filed 32 days after entry of the addendum to the divorce decree, it is untimely and is hereby DISMISSED. See *Crosson v. Conway*, 291 Ga. 220, 220 (1) (728 SE2d 617) (2012).



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,* 03/26/2025

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*